```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/19/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

Country Living Primitives, LLC,

        Defendant.

23 Civ. 1279 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 17, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by April 18, 2023. ECF No. 6. Those submissions are now overdue. Accordingly, by **April 25, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge