UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

               Plaintiff,

-against-

Country Living Primitives, LLC,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/26/2023_

23 Civ. 1279 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 17, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by April 18, 2023. ECF No. 6. The parties did not file their submissions. On April 19, 2023, the Court ordered the parties to submit their joint letter and proposed case management plan by April 25, 2023. ECF No. 13. The parties did not file their submissions. Accordingly, by **May 3, 2023**, the parties shall submit their joint letter and proposed case management plan. Failure to do so may result in dismissal of this action for failure to comply with court orders. *See* Fed. R. Civ. P. 41(b).

    SO ORDERED.

Dated: April 26, 2023
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge