UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/8/2023
```

JASMINE TORO, on behalf of herself and all
others similarly situated,

                                    Plaintiff,

                  -against-

Country Living Primitives, LLC,

                                    Defendant.

23 Civ. 1279 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 4, 2023, the Court scheduled a Case Management Conference in this action for September 12, 2023, and ordered the parties to file a joint status letter not later than one week in advance of the Conference. ECF No. 17 ¶¶ 15–16. That submission is now overdue.

Accordingly, the Case Management Conference scheduled for September 12, 2023, is ADJOURNED *sine die.*

Further, fact discovery closed on August 24, 2023. ECF No. 17 ¶ 5. Pre-motion letters for summary judgment were due within fourteen days of the close of fact discovery. *Id.* ¶ 16. Accordingly, by **September 15, 2023**, the parties are directed to file a joint letter providing a status update as to this action.

SO ORDERED.

Dated: September 8, 2023
        New York, New York

_____
            ANALISA TORRES
        United States District Judge