```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/05/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

Country Living Primitives, LLC,

                    Defendant.

23 Civ. 1279 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Fact discovery closed on August 24, 2023. ECF No. 17 ¶ 5. Pre-motion letters for summary judgment were due within fourteen days of the close of fact discovery. *Id.* ¶ 16. On September 8, 2023, the parties were instructed to file a status update with the Court by September 15, 2023. ECF No. 19. That submission is far overdue. Further, on September 11, 2023, the parties were instructed by Judge Netburn to contact her chambers to schedule a settlement conference, and did not do so. ECF No. 20.

    Accordingly, by **December 20, 2023**, the parties shall file a joint status update or Plaintiff shall indicate her intentions with regard to prosecuting this action.

    SO ORDERED.

Dated: December 5, 2023
       New York, New York

                                        ANALISA TORRES
                               United States District Judge