UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all
others similarly situated,

Plaintiff,

-against-

Country Living Primitives, LLC,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/26/2023

23 Civ. 1279 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 5, 2023, the Court ordered the parties to file a joint letter providing a status update by December 20, 2023.  ECF No. 21.  That submission is now overdue.

Accordingly, by **January 10, 2024**, the parties shall file a joint status update or Plaintiff shall indicate her intentions with regard to prosecuting this action.  Plaintiff is reminded that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute.  Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: December 26, 2023
       New York, New York

ANALISA TORRES
United States District Judge